UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __21-16031__ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Desiree Chisolm | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other: _____

s/Desiree Chisolm                           1/28/2021
DEFENDANT                                   DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*Anthony R. Mautone*
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

1/28/21
DATE