UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Magistrate No. 21-16031 |
| DESIREE CHISOLM | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Rachael A. Honig, the Acting United States Attorney for the District of New Jersey, hereby dismisses Violation No. 9496476 against defendant Desiree Chisolm which was filed on August 26, 2020 charging her with unlawfully possessing a weapon, namely a taser, in a Federal facility, for the reason that prosecution of defendant Desiree Chisolm is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Desiree Chisolm of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
Rachael A. Honig
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 3/25/21